Form 210A (12/09)

# United States Bankruptcy Court

____Western____ District Of __North Carolina__

In re __MICHAEL W. & BEVERLY M. ALLEN__    Case No. __10-40306__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Statebridge Mortgage, LLC as servicer for The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust | The Bank of New York Mellon Trust Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
4600 S. Syracuse Street, Suite 700
Denver, CO 80237

Court Claim # (if known): 9
Amount of Claim: $170,519.20
Date Claim Filed: 08/09/2010

Phone: 303-962-6753
Last Four Digits of Acct #: 6013

Phone: _____
Last Four Digits of Acct. #: 0587

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Amy E. Polowy/_    Date: 10/19/2010
Amy E. Polowy, as Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

__Western__ District Of __North Carolina__

In re MICHAEL W. & BEVERLY M. ALLEN   Case No. 10-40306

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __9__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| The Bank of New York Mellon Trust Company | Statebridge Mortgage, LLC as servicer for The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>P.O. Box 160101<br>Sacramento, CA 95816 | 4600 S. Syracuse Street, Suite 700<br>Denver, CO 80237 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT